UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| | : | CONSENT ORDER |
| v. | : | |
| | : | Crim. No. 08-202 |
| OMARI AL'SINCERE | : | |

This matter having come before the Court on the application of defendant, by Assistant Federal Public Defender David A. Holman, for an order modifying the conditions of bail set by Magistrate Judge Cox Arleo on June 16, 2008, and Assistant United States Attorney Lee Vartan appearing, having no objections to this modification,

IT IS on this 30th day of March, 2009,

ORDERED that the bail condition of electronic monitoring is terminated.

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

Honorable Susan D. Wigenton
United States District Judge