UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| | : | CONSENT ORDER |
| v. | : | |
| | : | Crim. No. 08-202 |
| OMARI AL'SINCERE | : | |

This matter having come before the Court on the application of defendant, by Assistant Federal Public Defender David A. Holman, for an order modifying the conditions of bail set by Magistrate Judge Cox Arleo on June 16, 2008, and Assistant United States Attorney Lee Vartan appearing, having no objections to this modification,

IT IS on this 3RD day of June, 2009,

ORDERED that the bail condition requiring that Mr. Al'Sincere reside with Yolanda Ayodele at 279 Littleton Avenue in Newark is modified to allow him to reside at a residence that is acceptable to pre-trial services.

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

Honorable Susan D. Wigenton
United States District Judge