UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Susan D. Wigenton |
| v. | : Crim. No. 08-202 (SDW) |
| OMARI AL'SINCERE | : <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Crim. No. 08-202, against defendant Omari Al'Sincere, which Indictment was returned on or about March 13, 2008, charging the defendant with possessing a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), because Mr. Al'Sincere passed away on or about January 29, 2010.

This dismissal is without prejudice.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. SUSAN D. WIGENTON
United States District Judge

Dated: March 9, 2010